In the Matter of the Judicial Settlement of the Intermediate Accounts of THE SYRACUSE TRUST COMPANY, as Trustee of ROBERT J. WHELAN, under the Last Will and Testament of MICHAEL WHELAN, Deceased.— Decree affirmed, without costs. All concur. (The decree judicially settles the accounts of the trustee.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Judicial Settlement of the Intermediate Accounts of THE SYRACUSE TRUST COMPANY, as Trustee for FREDERICK D. WHELAN, under the Last Will and Testament of MICHAEL WHELAN, Deceased.— Same decision and like cause of action as in companion case of *Matter of Whelan* (*ante*, p. 948). All concur. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Final Judicial Settlement of the Accounts of THE SYRACUSE TRUST COMPANY, as Trustee for ELIZABETH W. MALONE, under the Last Will and Testament of MICHAEL WHELAN, Deceased.— Same decision and like cause of action as in companion case of *Matter of Whelan* (*ante*, p. 948). All concur. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICHOLAS PARSIN, Appellant, v. WILLIAM HUNT, as Warden of Attica State Prison; and the AGENTS OF THE NEW YORK STATE PROSECUTION and Others, Respondents.— Order affirmed, without costs. All concur. (The order dismisses the writ of habeas corpus and remands the relator to custody.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD J. WHITNEY, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Order affirmed, without costs. All concur. (The order dismisses the writ of habeas corpus and remands the relator to custody.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.